**Monthly Operating Report**
CASH BASIS

| CASE NAME: | Melissa G. Brewer |
|---|---|
| CASE NUMBER: | 16-40841 |
| JUDGE: | Judge Brenda T Rhoades |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN & EASTERN DISTRICTS OF TEXAS
# REGION 6
# MONTHLY OPERATING REPORT

MONTH ENDING: February 2018
                                    MONTH       YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

*[signature: Melissa Brewer]*      Individual/DIP
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      TITLE

Melissa G. Brewer      3/25/2018
PRINTED NAME OF RESPONSIBLE PARTY      DATE

PREPARER:

*[signature: Melissa Brewer]*      Individual/DIP
ORIGINAL SIGNATURE OF PREPARER      TITLE

Melissa G. Brewer      3/25/2018
PRINTED NAME OF PREPARER      DATE

**Monthly Operating Report**
**CASH BASIS-1**

| CASE NAME: | Melissa G. Brewer |
|---|---|
| CASE NUMBER: | 16-40841 |

| CASH RECEIPTS AND DISBURSEMENTS | Dec-17 | January | February | MONTH |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 3,242.71 | $ 2,549.95 | $ 2,980.31 | $ 4,627.65 |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS AND ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | $ 6,900.00 | $ 7,050.00 | $ 4,400.00 | $ - |
| 8. OTHER (ATTACH LIST): Other Income | $ 1,839.00 | $ 1,065.00 | $ 5,300.00 | $ - |
| 9. TOTAL RECEIPTS | $ 8,739.00 | $ 8,115.00 | $ 9,700.00 | $ - |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | | | | |
| 11. PAYROLL TAXES PAID | | | | |
| 12. SALES,USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTAGE PAYMENTS | $ 2,178.78 | $ 2,178.78 | $ - | |
| 15. OTHER SECURED and UNSECURED NOTE PAYMENTS | $ 2,507.26 | $ 2,029.54 | $ 2,029.54 | |
| 16. RENTAL & LEASE PAYMENTS | | | | |
| 17. UTILITIES | $ 536.68 | $ 427.97 | $ 437.16 | |
| 18. INSURANCE | $ 414.93 | $ - | $ 570.96 | |
| 19. VEHICLE EXPENSES | $ 157.23 | $ 148.00 | $ - | |
| 20. TRAVEL | $ - | $ - | $ - | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | $ - | $ - | $ - | |
| 23. SUPPLIES | | | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES (includes travel, fuel, **unexpected non-reoccuring** expenses due to homicide of **John D. Brewer**) | $ 2,834.91 | $ 2,748.74 | $ 4,365.00 | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST) | $ 151.61 | $ 151.61 | $ - | |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 8,781.40 | $ 7,684.64 | $ 7,402.66 | $ - |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | $ - | $ - | $ - | |
| 31. U.S. TRUSTEE FEES | $ 650.36 | $ - | $ 650.00 | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ 650.36 | $ - | $ 650.00 | $ - |
| 34. TOTAL DISBURSEMENTS | $ 9,431.76 | $ 7,684.64 | $ 8,052.66 | $ - |
| 35. NET CASH FLOW | $ (692.76) | $ 430.36 | $ 1,647.34 | $ - |
| 36. CASH - END OF MONTH | $ 2,549.95 | $ 2,980.31 | $ 4,627.65 | $ 4,627.65 |

*balances not reconciling with line 36

**Monthly Operating Report**
CASH BASIS-1A

**2018**

**CASE NAME:** Melissa G. Brewer
**CASE NUMBER:** 16-40841

**CASH DISBURSEMENTS DETAIL**   **MONTH:** Feb-18

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | Feb 1- Feb 28 2018 Utilities | Utilies total for month of February | Utilities | $ 437.16 |
| | 02/01/18 | US Trustee | Professional Fees | $ 650.00 |
| | Month of February | Household and travel Expenses for February (unexpected expenses due to other parent death in immediate family, John David Brewer) | Household | $ 4,365.00 |
| | **TOTAL CASH DISBURSEMENTS** | | | $ 5,452.16 |

**lost ATM Card; limited access to account due to unforeseen circumstances;

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| Debit | 2/1/2018 | Propel Financial | Property Taxes | $ 339.93 |
| CK# | 2/1/2018 | Texans Credit Union | HELOC Payment | $ 1,689.61 |
| ACH | 2/8/2018 | Farmers Insurance | Homeowners Insurance | $ 570.96 |
| | | | | |
| | | | | |

| **TOTAL BANK ACCOUNT DISBURSEMENTS** | $ 2,600.50 |
|---|---|

| **TOTAL DISBURSEMENTS FOR THE MONTH** | $ 8,052.66 |
|---|---|

**Monthly Operating Report**
**CASH BASIS-2**

| CASE NAME: | Melissa G. Brewer |
|---|---|
| CASE NUMBER: | 16-40841 |

### BANK RECONCILIATIONS

| | | Acct #1 | Acct #2 | Acct# 3 | Acct #4 | | |
|---|---|---|---|---|---|---|---|
| A. BANK: | | Capital One | Texans CU | DATCU | Capital One | | |
| B. ACCOUNT NUMBER: | | 2707 | 20012219043 | 512621 | 5821 | | TOTAL |
| C. PURPOSE (TYPE): | | DIP Checking Acct | Member Acct | Member Acct | DIP Savings | | |
| 1. BALANCE PER BANK STATEMENT | | $ (563.19) | $ 21,989.93 | $ 25.51 | $ 1.00 | | $ 21,453.25 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | $ - | $ 1,689.61 | | | | $ 1,689.61 |
| 3. SUBTRACT: OUTSTANDING CHECKS | | $ - | $ - | | $ - | | $ - |
| 4. OTHER RECONCILING ITEMS | | $ - | $ - | | $ - | | $ - |
| 5. MONTH END BALANCE PER BOOKS | | $ (563.19) | $ 23,679.54 | $ 25.51 | $ 1.00 | | $ 23,142.86 |
| 6. NUMBER OF LAST CHECK WRITTEN | | 1051 | Texans CU deposits are being applied to note internally** | | | | |

### INVESTMENT ACCOUNTS

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | NA | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|---|
| 7. NOT APPLICABLE** | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. TOTAL INVESTMENTS | | | | $ - | $ - |

### CASH

| 12. CURRENCY ON HAND | $ 1,554.00 |
|---|---|

| 13. TOTAL CASH - END OF MONTH | $ 24,696.86 |
|---|---|

* This total is factoring monies deposited into Texans CU savings but applied to home equity loan on the back side.

**Monthly Operating Report**
CASH BASIS-3

CASE NAME: Melissa G. Brewer
CASE NUMBER: 16-40841

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE AMOUNT | MONTH<br>Dec-17 | MONTH<br>Jan-18 | MONTH<br>Ferbuary |
| 1. 309 Park Lake Drive (Homestead) | $ 525,000.00 | $ 553,000.00 | $ 553,000.00 | $ 553,000.00 |
| 2 | $ - | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ 525,000.00 | $ 553,000.00 | $ 553,000.00 | $ 553,000.00 |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | $ 69.64 | $ 500.00 | $ 500.00 | $ 1,554.00 |
| 2. CHECKING, SAVINGS, ETC. (2 DIP accounts; also Texans CU and DATCU member savings) | | $ 20,108.78 | $ 22,038.75 | $ 23,142.86 |
| 3. SECURITY DEPOSITS (TXU Energy) | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 4. HOUSEHOLD GOODS | $ 7,000.00 | $ 7,400.00 | $ 7,400.00 | $ 7,400.00 |
| 5. BOOKS, PICTURES, ART | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| 6. WEARING APPAREL | $ 1,000.00 | $ 5,650.00 | $ 5,650.00 | $ 5,650.00 |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | $ 100.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. EDUCATION | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | |
| 13. STOCKS | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | |
| 16. ACCOUNTS RECEIVABLE | | | | |
| 17. ALIMONY | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | Unknown | Unknown | Unknown | Unknown |
| 21. OTHER CLAIMS | Unknown | Unknown | Unknown | Unknown |
| 22. PATENTS & COPYRIGHTS | | | | |
| 23. LICENSES & FRANCHISES | | | | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | $ 18,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| 26. BOATS & MOTORS | | | | |
| 27. AIRCRAFT | | | | |
| 28. OFFICE EQUIPMENT | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 30. INVENTORY | | | | |
| 31. ANIMALS | | | | |
| 32. CROPS | | | | |
| 33. FARMING EQUIPMENT | | | | |
| 34. FARM SUPPLIES | | | | |
| 35. OTHER (ATTACH LIST): Child Support Arrears** | $ 30,865.00 | $ 31,873.89 | $ 31,873.89 | $ 31,873.89 |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ 58,534.64 | $ 76,232.67 | $ 78,162.64 | $ 80,320.75 |
| 37. TOTAL ASSETS | $ 583,534.64 | $ 629,232.67 | $ 631,162.64 | $ 633,320.75 |

**No. 2 Balances reflected above on savings accounts is taking into account the funds being deposited monthly at Texans CU savings but my understanding is being paid on note

**Monthly Operating Report**
CASH BASIS-4

**CASE NAME:** Melissa G. Brewer
**CASE NUMBER:** 16-40841

MONTH: Feb-18

### LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS | |
|---|---|---|---|
| 1. SECURED | $ 543,000.00 | $ 2,518.71 | BBVA Compass, Propel |
| 2. PRIORITY | None | | |
| 3. UNSECURED | $ 1,446,483.85 | $ 1,689.61 | Texans CU |
| 4. OTHER (ATTACH LIST) | | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 1,989,483.85 | $ 4,208.32 | |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES (post petition) | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | $ - |
| 8. | | | | $ - |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ - | | $ - |

**Monthly Operating Report**
CASH BASIS-4A

CASE NAME: Melissa G. Brewer

CASE NUMBER: 16-40841

**NONE/NON APPLICABLE

MONTH: February

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | $ - | NA | | |
| 2. 31 - 60 | $ - | | | |
| 3. 61 - 90 | $ - | | | |
| 4. 91 + | $ - | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ - | $ - | $ - | $ - |

| AGING OF POSTPETITION TAXES AND PAYABLES TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 1. FEDERAL | | $ - | | $ - |
| 2. STATE | | $ - | | $ - |
| 3. LOCAL | | $ - | | $ - |
| 4. OTHER (ATTACH LIST) | | $ - | | $ - |
| 5. TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - |
| 6. ACCOUNTS PAYABLE | | | | $ - |

| STATUS OF POSTPETITION TAXES FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING | | | | $ - |
| 2. FICA-EMPLOYEE | | | | $ - |
| 3. FICA-EMPLOYER | | | | $ - |
| 4. UNEMPLOYMENT | | | | $ - |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | $ - | $ - | $ - | $ - |
| STATE AND LOCAL | | | | $ - |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | $ - | $ - | $ - | $ - |
| 16. TOTAL TAXES | $ - | $ - | $ - | $ - |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | Melissa G. Brewer |
|---|---|
| CASE NUMBER: | 16-40841 |

MONTH: Feb-18

## PAYMENTS TO INSIDERS AND PROFESSIONALS

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ - | $ - |

*Payments to Attorney made by third party

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| 1. | | | | $ - | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ - | $ - | $ - |

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. BBVA Compass Mortgage | $ 2,178.78 | $ - | $ - |
| 2. Propel Financial | $ 339.93 | $ - | $ - |
| 3. Texans Credit Union | $ 1,689.61 | $ - | $ - |
| 4. | $ - | $ - | $ - |
| 5. | $ - | $ - | $ - |
| 6. | $ - | $ - | $ - |
| 7. TOTAL | $ 4,208.32 | $ - | $ - |

**Monthly Operating Report**
CASH BASIS-6

**2018**

| CASE NAME: | Melissa G. Brewer |
|---|---|
| CASE NUMBER: | 16-40841 |

MONTH: Februay 2018

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? Texans CU applies to home equity note by transfer of funds from member savings | X | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | NA | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |