TAHERZADEH, PLLC
Selim H. Taherzadeh
st@taherzlaw.com
Texas Bar No. 24046944
5001 Spring Valley Road, Suite 1020W
Dallas, Texas 75244
Tel.  (469) 729-6800
Fax. (469) 828-2772

ATTORNEY FOR COMPASS BANK

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MELISSA G. BREWER, | § § | Case No. 16-40841 |
| | § | (CHAPTER 13) |
| DEBTOR, | § § | |
| COMPASS BANK | § § | |
| CREDITOR. | § § § | |

## FIRST NOTICE OF DEFAULT OF AGREED ORDER

COMES NOW Compass Bank, the holder of a claim in the above numbered and entitled case and files this, its Notice of Default of Agreed Order, and would respectfully show the Court as follows:

1. An Agreed Order was entered in this case on April 10, 2017, which required the Debtor to make her regular monthly payment of $2,178.78 by the fifth (5th) day of each month.

2. The Debtor failed to comply with the terms set out in the Agreed Order. The Debtor made a late payment on March 27, 2018, but she did not make a payment for the month of February 2018. Thus, the Debtor is still post-petition due March 2018.

3. This Notice of Default of Agreed Order constitutes the ten (10) days written notice of default required under the Agreed Order.

Dated: March 29, 2018

        Respectfully submitted,

        BY: */s/ Selim H. Taherzadeh*

        **TAHERZADEH, PLLC**

        Selim H. Taherzadeh
        st@taherzlaw.com
        Texas Bar No. 24046944
        5001 Spring Valley Road, Suite 1020W
        Dallas, Texas 75244
        Tel. (469) 729-6800
        Fax. (469) 828-2772

        ATTORNEY FOR COMPASS BANK

# **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Court's ECF filing rules and pursuant to the Federal Rules of Civil Procedure for all counsel and parties not registered to receive notice by the Court's electronic filing system upon the following parties:

| | |
|---|---|
| Debtor<br>Melissa G Brewer<br>309 Park Lake Drive<br>McKinney, TX 75070 | Debtor's Counsel<br>H. Joseph Acosta<br>FisherBroyles, LLP<br>4514 Cole Avenue<br>Suite 600<br>Dallas, TX 75205 |
| U.S. Trustee<br>US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702 | |

                                                 */s/ Selim H. Taherzadeh*
                                                 Selim H. Taherzadeh